```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED
```

JUN 19 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

08-CV-00723-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES R. MCKINNEY,<br><br>Plaintiff,<br><br>v.<br><br>BEN SANDERS, et al.,<br><br>Defendants. | Case No. 08-cv-00723-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment, Dkt. No. 33, is GRANTED and this action is DISMISSED with prejudice.

ORDER OF DISMISSAL
PAGE - 1

1     (3)     The Clerk is directed to send copies of this Order to the parties and to Judge

2     Donohue.

3     DATED this 19th day of June, 2009.

                      JAMES L. ROBART
                      United States District Judge

ORDER OF DISMISSAL
PAGE - 2